**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Vessel Medical, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **57-0983938** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6000A Pelham Road** **Greenville, SC 29615** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Greenville** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Vessel Medical, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | **Vessel Medical, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor   **Vessel Medical, Inc.**                                    Case number (*if known*) _____
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor    **Vessel Medical, Inc.**                                        Case number (*if known*) _____
_____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 21, 2023**
              MM / DD / YYYY

**X** **/s/ Kevin Murdock**                                    **Kevin Murdock**
_____            _____
Signature of authorized representative of debtor              Printed name

Title    **Sole Owner**
_____

**18. Signature of attorney**

**X** **/s/ Robert H. Cooper**                        Date    **March 21, 2023**
_____                    _____
Signature of attorney for debtor                              MM / DD / YYYY

**Robert H. Cooper**
_____
Printed name

**The Cooper Law Firm**
_____
Firm name

**150 Milestone Way, Ste B**
**Greenville, SC 29615**
_____
Number, Street, City, State & ZIP Code

Contact phone   **864-271-9911**            Email address    **thecooperlawfirm@thecooperlawfirm.com**
_____                    _____

**05670 SC**
_____
Bar number and State

## United States Bankruptcy Court
### District of South Carolina

In re  **Vessel Medical, Inc.**
_____    Case No. _____
Debtor(s)    Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Kevin Murdock**, declare under penalty of perjury that I am the **Sole Owner** of  **Vessel Medical, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 21st day of March, 2023.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Kevin Murdock**, **Sole Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Kevin Murdock**, **Sole Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Kevin Murdock**, **Sole Owner** of this Corporation is authorized and directed to employ **Robert Cooper**, attorney and the law firm of **The Cooper Law Firm** to represent the corporation in such bankruptcy case."

Date **March 21, 2023**
_____

Signed  **/s/ Kevin Murdock**
_____
**Kevin Murdock**

Resolution of Board of Directors
of
**Vessel Medical, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Kevin Murdock, Sole Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Kevin Murdock, Sole Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Kevin Murdock, Sole Owner** of this Corporation is authorized and directed to employ **Robert Cooper**, attorney and the law firm of **The Cooper Law Firm** to represent the corporation in such bankruptcy case.

Date  **March 21, 2023**                              Signed  **/s/ Kevin Murdock**

                                                                 **Kevin Murdock**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Vessel Medical, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF SOUTH CAROLINA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AGILENT TECHNOLOGIES 4187 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | | | | | | $24,026.20 |
| AMTECK LLC 1387 E NEW CIRCLE RD LEXINGTON, KY 40505 | | | | | | $129,897.20 |
| BBS INC 5816 Corporate Avenue Ste 190 CYPRESS, CA 90630 | | | | | | $531,317.00 |
| CERILLIANT CN-OH-L1WH CINCINNATI, OH 45226 | | | | | | $16,392.83 |
| DIATRON 12601 NW 115TH AVE. STE A-113 MEDLEY, FL 33178 | | | | | | $38,761.93 |
| Diversified Property Ventures, LLC c/o Cushman & Wakefield PO Box 5160 Glen Allen, VA 23058 | | | | | | $129,987.00 |
| DUKE ENERGY INC P O BOX 1090 CHARLOTTE, NC 28201-1090 | | | | | | $12,792.28 |

| Debtor | **Vessel Medical, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ELAN - CREDIT CARD SERVICES CARDMEMBER SERVICE SAINT LOUIS, MO 63179-0408 | | | | | | $22,779.74 |
| EPICOR SOFTWARE CORP PO BOX 204768 DALLAS, TX 75320 | | | | | | $15,898.36 |
| GRENOVA 1900 ELLEN ROAD RICHMOND, VA 23224 | | | | | | $760,000.00 |
| INTELLIGENT SOLUTIONS LLC 2000 CORPORATE DRIVE LADERA RANCH, CA 92694 | | | | | | $3,707,450.00 |
| JANT PHARMACAL CORPORATION 16530 VENTURA BLVD #512 ENCINO, CA 91436 | | | | | | $24,321.56 |
| LIFE TECHNOLOGIES CORPORATION 12088 COLLECTION CENTER DRIVE CHICAGO, IL 60693 | | | | | | $64,465.17 |
| MEDLINE INDUSTRIES INC. DEPT CH 14400 PALATINE, IL 60055 | | | | | | $15,027.81 |
| ROCHE DIAGNOSTICS CORP MAIL CODE 5508 CHARLOTTE, NC 28272-1209 | | | | | | $163,825.42 |
| SARSTEDT INC. P.O. BOX 468 NEWTON, NC 28658 | | | | | | $46,627.95 |
| THERMO FISHER SCIENTIFIC 3175 STALEY ROAD GRAND ISLAND, NY 14072 | | | | | | $30,633.80 |

Debtor   **Vessel Medical, Inc.**
_____     Case number *(if known)* _____
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| THOMAS SCIENTIFIC PO BOX 536750 PITTSBURGH, PA 15253-5909 | | | | | | $466,630.36 |
| TNG DX 12 E 49TH ST FL 11 NEW YORK, NY 10017 | | | | | | $42,198.00 |
| VANTAGEPOINT MARKETING 80 VILLA ROAD GREENVILLE, SC 29615 | | | | | | $34,425.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of South Carolina

In re  **Vessel Medical, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **35,000.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **35,000.00** |

2.  The source of the compensation paid to me was:

☐ Debtor      ■ Other (specify):    **Debtor has paid $0 in attorneys fees as a retainer. Fees will be charged and billed at $295 per hour.**

3.  The source of compensation to be paid to me is:

■ Debtor      ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 21, 2023**
*Date*

**/s/ Robert H. Cooper**
**Robert H. Cooper**
*Signature of Attorney*
**The Cooper Law Firm**
**150 Milestone Way, Ste B**
**Greenville, SC 29615**
**864-271-9911  Fax: 864-232-5236**
**thecooperlawfirm@thecooperlawfirm.com**
*Name of law firm*

---

**LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1**

# United States Bankruptcy Court
### District of South Carolina

In re  **Vessel Medical, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a)  _____ computer diskette

(b)  _____ scannable hard copy
(number of sheets submitted _____)

(c)  __X__ electronic version filed via CM/ECF

Date:  **March 21, 2023**

**/s/ Kevin Murdock**
**Kevin Murdock/Sole Owner**
Signer/Title

Date:  **March 21, 2023**

**/s/ Robert H. Cooper**
Signature of Attorney
**Robert H. Cooper**
**The Cooper Law Firm**
**150 Milestone Way, Ste B**
**Greenville, SC 29615**
**864-271-9911   Fax: 864-232-5236**
Typed/Printed Name/Address/Telephone

**05670 SC**
District Court I.D. Number

A.G. ADJUSTMENTS, LTD.
740 WALT WHITMAN ROAD
MELVILLE NY 11747


AGILENT TECHNOLOGIES
4187 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693


AIRGAS USA LLC
PO BOX 734672
DALLAS TX 75373-4672


AMANDA PATHAMMAVONG
225 RUSHING WATER DRIVE
INMAN SC 29349


AMERICAN SCREENING CORP
9742 ST VINCENT AVE
STE 1OO
SHREVEPORT LA 71106


AMTECK LLC
1387 E NEW CIRCLE RD
LEXINGTON KY 40505


BARNEY MCKENNA & OLMSTEAD
43 SOUTH 100 EAST
SAINT GEORGE UT 84770


BBS INC
5816 CORPORATE AVENUE
STE 190
CYPRESS CA 90630


BECKMAN COULTER
DEPT. CH10164
PALATINE IL 60055-0164


BIOCHEMED SERVICES
172 LINDEN DRIVE
SUITE 101
WINCHESTER VA 22601

BIONIX
1670 INDIAN WOOD CIRCLE
MAUMEE OH 43537


BORIS YANKOVICH
415 OCEAN VIEW AVE FL 3
BROOKLYN NY 11235


C2CRESOURCES
1455 LINCOLN PKWY E STE 550
ATLANTA GA 30346


CALL 4 HEALTH INC.
2855 S. CONGRESS AVE
STE B
DELRAY BEACH FL 33445


CANTEEN REFRESHMENT SERVICES
P O BOX 417632
BOSTON MA 02241-7632


CERILLIANT
CN-OH-L1WH
CINCINNATI OH 45226


CHANCE CAMPBELL
481 GARLINGTON ROAD SUITE A
GREENVILLE SC 29615


CHANGE HEALTHCARE
P O BOX 572490
MURRAY UT 84157-2490


CLOUDFUND, LLC
400 REKKA BLVD, STE 165-101
SUFFERN NY 10901


COMMONWEALTH OF MASSACHUSETTS
19 STANIFORD ST
BOSTON MA 02114


DIATRON
12601 NW 115TH AVE.
STE A-113
MEDLEY FL 33178

DIVERSIFIED PROPERTY VENTURES, LLC
C/O CUSHMAN & WAKEFIELD
PO BOX 5160
GLEN ALLEN VA 23058


DJO LLC
PO BOX 650777
DALLAS TX 75265


DUKE ENERGY INC
P O BOX 1090
CHARLOTTE NC 28201-1090


ELAN - CREDIT CARD SERVICES
CARDMEMBER SERVICE
SAINT LOUIS MO 63179-0408


ELKAY PLASTICS
P O BOX 51103
LOS ANGELES CA 90051-5403


EMD MILLIPORE CORPORATION
25760 NETWORK PLACE
CHICAGO IL 60673


EPICOR SOFTWARE CORP
PO BOX 204768
DALLAS TX 75320


EPPENDORF NA
PO BOX 13275
NEWARK NJ 07101-3275


FIRST CAROLINA HOLDINGS, LLC
4113 E. NORTH STREET
GREENVILLE SC 29615


FISHER HEALTHCARE
ATTN: 001686
ATLANTA GA 30384


FRANK VELOCCI
FAEGREDRINKER
1177 AVENUE OF THE AMERICAS, 41ST FLOOR
NEW YORK NY 10036

GFL ENVIRONMENTAL SERVICES
PO BOX 791519
BALTIMORE MD 21279-1519


GLAST, PHILLIPS & MURRAY
14801 QUORUM DRIVE SUITE 500
DALLAS TX 75254


GLOBE SCIENTIFIC INC.
400 CORPORATE DRIVE
MAHWAH NJ 07430


GREENBERG, GRANT & RICHARDS
5858 WESTHEIMER ROAD STE 500
HOUSTON TX 77057


GREENVILLE COUNTY TAX COLLECTOR
301 UNIVERSITY RIDGE
SUITE 700
GREENVILLE SC 29601


GREENVILLE WATER
PO BOX 687
GREENVILLE SC 29602


GREGORY CRAPANZANO
200 SOUTH 10TH STREET STE 1600
RICHMOND VA 23219


GRENOVA
1900 ELLEN ROAD
RICHMOND VA 23224


HAYNESWORTH SINKLER BOYD
1201 MAIN STREET22ND FLOOR
COLUMBIA SC 29201


HOLDER, PADGETT, LITTLEJOHN & PRICKETT
800 E. NORTH STREET
GREENVILLE SC 29601


HOSPITAL DISPOSABLES
PO BOX 41500
NASHVILLE TN 37241

HU-FRIEDY MFG CO LLC
P.O. BOX 7410205
CHICAGO IL 60674


INDEPENDENCE MEDICAL
9 INDUSTRIAL RD
MILFORD MA 01757-3588


INSOURCE
BOX 371952
PITTSBURGH PA 15250-7952


INTEGRA YORK PA INC
PO BOX 404129
ATLANTA GA 30384-4129


INTEGRA-BIOSCIENCES
22 FRIARS DRIVE
HUDSON NH 03051


INTELLIGENT SOLUTIONS LLC
2000 CORPORATE DRIVE
LADERA RANCH CA 92694


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346


IPS PACKAGING
PO BOX 63477
CHARLOTTE NC 28263-3477


IRS MDP 39
1835 ASSEMBLY ST RM 469
COLUMBIA SC 29201


J.R. KREBS
2123 9TH STREET, SUITE 110
TUSCALOOSA AL 35401


JANT PHARMACAL CORPORATION
16530 VENTURA BLVD
#512
ENCINO CA 91436

JONATHAN SCHULZ
BRADLEY
214 N TRYON ST STE 3700
CHARLOTTE NC 28202


KELLY HART
201 MAIN STREET, SUITE 2500
FORT WORTH TX 76102


LEGACY CAPITAL 26, LLC
290 HARBOR DRIVE
STAMFORD CT 06902


LIFE TECHNOLOGIES CORPORATION
12088 COLLECTION CENTER DRIVE
CHICAGO IL 60693


LIPOMED
150 CAMBRIDGE PARK DRIVE
CAMBRIDGE MA 02140


LITTLER
110 E COURT ST SUITE 201
GREENVILLE SC 29601


MADA MEDICAL PRODUCTS INC.
625 WASHINGTON AVENUE
CARLSTADT NJ 07072


MEDCHAIN SUPPLY
PO BOX 842818
BOSTON MA 02284-2818


MEDLINE INDUSTRIES INC.
DEPT CH 14400
PALATINE IL 60055


MINNESOTA UNEMPLOYMENT INSURANCE
PO BOX 64621
SAINT PAUL MN 55164-0621


MORE THAN WATER LLC
P.O. BOX 160456
BOILING SP SC 29316

MORRIS BUSINESS SOLUTIONS
P O BOX 1349
DUNCAN SC 29334


NDC INC
DEPT.169
CHARLOTTE NC 28237-7904


NELSON MULLINS RILEY & SCARBOROUGH
PO BOX 11009
COLUMBIA SC 29211


NFS LEASING
900 CUMMINGS CENTER STE 226U
BEVERLY MA 01915


NORDOPS INC.
PO BOX 336
MARSTONS MILLS MA 02648


O&M HALYARD INC.
P.O. BOX 734521
DALLAS TX 75373-4521


ORKIN PEST CONTROL
P O BOX 6685
GREENVILLE SC 29606


PENSKE TRUCK LEASING
PO BOX 532658
ATLANTA GA 30353


PHENOMENEX
P.O. BOX 749397
LOS ANGELES CA 90074


PIEDMONT NATURAL GAS
P O BOX 1246
CHARLOTTE NC 28201-1246


POINSETT CLUB
807 EAST WASHINGTON STREET
GREENVILLE SC 29601

PRECISION DYNAMICS CORP
71549 TREASURY CENTER
CHICAGO IL 60694-1995


PROFESSIONAL EXPRESS CONTRACT CO
PO BOX 327
GREENVILLE SC 29602


RADLA CAPITAL, LLC
161-10A UNION STREET 2ND FLOOR
FLUSHING NY 11366


REAGENTS HOLDINGS LLC
PO BOX 5049
GREENSBURG PA 15601


REGENCY FINANCE, LLC
111 PETTIGRU STREET
GREENVILLE SC 29601


RICHARD T. AVIS & ASSOCIATES
5500 PEARL ST
ROSEMONT IL 60018


ROBINSON BRADSHAW
202 E. MAIN ST.
ROCK HILL SC 29730


ROCHE DIAGNOSTICS CORP
MAIL CODE 5508
CHARLOTTE NC 28272-1209


ROE CASSIDY COATES, & PRICE , PA
PO BOX 10529
GREENVILLE SC 29603


SARSTEDT INC.
P.O. BOX 468
NEWTON NC 28658


SC DEPT OF REV. & TAX
PO BOX 12265
COLUMBIA SC 29211

SOUTH CAROLINA DEPT OF REVENUE
CORPORATE VOUCHER
COLUMBIA SC 29210


STEPHEN H. BROWN LLC
330 EAST COFFEE STREET
GREENVILLE SC 29601


STERIS HEALTHCARE
5960 HESLEY ROAD
MENTOR OH 44060


THE HENDRICKS FIRM LLC
101 NE MAIN ST,
EASLEY SC 29640


THERMO FISHER SCIENTIFIC
3175 STALEY ROAD
GRAND ISLAND NY 14072


THOMAS SCIENTIFIC
PO BOX 536750
PITTSBURGH PA 15253-5909


TNG DX
12 E 49TH ST FL 11
NEW YORK NY 10017


TRANSMED
1595 PEACHTREE PARKWAY
CUMMING GA 30041


TRITON RECOVERY GROUP
19790 W. DIXIE HIGHWAY STE 301
AVENTURA FL 33180


UFO/ECLIPSE USERS GROUP
851 HWY 378
STE 100 #300
LEXINGTON SC 29072


ULINE
P O BOX 88741
CHICAGO IL 60680-1741

VANTAGEPOINT MARKETING
80 VILLA ROAD
GREENVILLE SC 29615


VERIZON WIRELESS
PO BOX 660108
DALLAS TX 75266


VIRTUAL EMPLOYEE SERVICES
SDF BLOCK K1-K4
NOIDA UTTAR PR 00020-1305


VOX FUNDING SPV1, LLC
14 E 44TH ST 4TH FLOOR
NEW YORK NY 10017


VWR INTERNATIONAL
PO BOX 640169
PITTSBURGH PA 15264-0169


WEX BANK
PO BOX 6293
CAROL STREAM IL 60197


WHITE CUP INC.
801 SECOND AVE
SUITE 1210
SEATTLE WA 98104


WOODARD & BUTLER
PO BOX 1906
WALTERBORO SC 29488


WOODRUFF CORP ASSOC INC
335 PRADO WAY
GREENVILLE SC 29607


XEROX FINANCIAL SERVICES
P.O. BOX 202882
DALLAS TX 75320-2882


XEROX FINANCIAL SERVICES
PO BOX 202882
DALLAS TX 75320

ZEPTO METRIX/ANTYLIA
14957 COLLECTION CENTER DRIVE
CHICAGO IL 60693


ZERION GROUP
P O BOX 940411
MAITLAND FL 32794